**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 16 2011

Clerk, U.S. District and
Bankruptcy Courts

Commodity Future Trading Commission
_____
Plaintiff

vs                                           Civil Action No. CA 11-188

**ZTRADEFX LLC**
_____
Defendant

DEFAULT AND JUDGMENT BY CLERK

It appearing that the above-named defendant has (have) failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the **26TH** day of **January**, 20**11**, and an affidavit on behalf of the plaintiff having been filed, it is the **15th** day of **December**, 20**11** declared that **Ztradefx LLC** defendant herein is (are) in default.

WHEREFORE, upon request of the plaintiff and on affidavit of the amount due from the defendant to the plaintiff, judgment for **Commodity Future Trading Commission** plaintiff against **Ztradefx LLC** defendant is entered for **$ 140,000** with interest **10 %** and costs.

ANGELA D. CAESAR, CLERK

By _____
Deputy Clerk